IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Mister, Alice M

Printed: 03/03/09

Case Number: 08 B 01577
Judge: Hollis, Pamela S
Filed: 1/24/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 1, 2008
Confirmed: March 24, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,130.38 |  |
| Secured: |  | 2,625.10 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,314.00 |
| Trustee Fee: |  | 414.45 |
| Other Funds: |  | 1,776.83 |
| Totals: | 8,130.38 | 8,130.38 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,314.00 | 3,314.00 |
| 2. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Ford Motor Credit Corporation | Secured | 0.00 | 0.00 |
| 5. | Cambridge Place Condominium | Secured | 500.00 | 90.42 |
| 6. | Countrywide Home Loans Inc. | Secured | 14,017.18 | 2,534.68 |
| 7. | RoundUp Funding LLC | Unsecured | 1,771.49 | 0.00 |
| 8. | Merrick Bank | Unsecured | 925.72 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 461.93 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 761.16 | 0.00 |
| 11. | Capital One | Unsecured | 461.05 | 0.00 |
| 12. | Capital One | Unsecured | 931.22 | 0.00 |
| 13. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 23,143.75 | $ 5,939.10 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 318.51 |
| 6.6% | 95.94 |
|  | $ 414.45 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mister, Alice M

Printed: 03/03/09

Case Number: 08 B 01577
Judge: Hollis, Pamela S
Filed: 1/24/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*